## 22176. SPRAGGINS *v.* THE STATE.

LUKE, J. Since the trial judge failed to approve the special grounds of the motion for a new trial, and the evidence abundantly supports the verdict, this court is constrained to affirm the judgment of the lower court.
*Judgment affirmed. Broyles, C. J., and Jenkins, P. J., concur.*
DECIDED APRIL 30, 1932.

*Porter & Mebane,* for plaintiff in error.
*M. Neil Andrews, solicitor-general. Horace D. Shattuck,* contra.